IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS RITTER, JR.,

    Plaintiff,

v.

JORDAN TUTTLE, et al.,

    Defendants.

3:14-CV-2247
(JUDGE MARIANI)

FILED
SCRANTON
NOV 14 2017

## ORDER

AND NOW, THIS 14th DAY OF NOVEMBER, 2017, upon review of Magistrate Judge Saporito's Report & Recommendation, (Doc. 17), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 17), is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Amended Complaint, (Doc. 14), is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Court Judge